United States Bankruptcy Court

Central District of California

In re:  
Maribel Munoz  
    Debtor

Case No. 22-10592-VK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-1      User: admin      Page 1 of 3  
Date Rcvd: Aug 30, 2022      Form ID: 318a      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maribel Munoz, 14241 Kittridge Street, Van Nuys, CA 91405-4708 |
| 41181404 | + | BBVA USA, Po Box 830139, Birmingham, AL 35283-0139 |
| 41181414 | + | Law Office of Diana Spielberger, 11400 W Olympic Blvd Ste 1500, Los Angeles, CA 90064-1543 |
| 41181415 | + | Law Office of Jay Statman, 11500 W Olympic Blvd Ste 1500, Los Angeles, CA 90064-1525 |
| 41181422 | ++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067 address filed with court:, Portfolio Recovery Associates, Po Box 12903, Norfolk, VA 23541 |
| 41181425 | + | Superior Court Of California, Los Angeles BC720843, 111 N Hill Street, Los Angeles, CA 90012-3117 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QNJZAMORA.COM | Aug 31 2022 04:23:00 | Nancy J Zamora (TR), U.S. Bank Tower, 633 West 5th Street, Suite 2600, Los Angeles, CA 90071-2053 |
| smg | | EDI: EDD.COM | Aug 31 2022 04:23:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P. O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Aug 31 2022 04:23:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P. O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Aug 31 2022 00:25:00 | Los Angeles City Clerk, P. O. Box 53200, Los Angeles, CA 90053-0200 |
| 41181402 | + | EDI: URSI.COM | Aug 31 2022 04:23:00 | Alltran Financial Lp, Po Box 722929, Houston, TX 77272-2929 |
| 41181403 | | EDI: BANKAMER.COM | Aug 31 2022 04:23:00 | Bank Of America, Po Box 15019, Wilmington, DE 19886 |
| 41181407 | | EDI: CITICORP.COM | Aug 31 2022 04:23:00 | Citibank N. A., Po Box 688922, Des Moines, IA 50368 |
| 41181405 | + | EDI: CAPITALONE.COM | Aug 31 2022 04:23:00 | Capital One, Po Box 71083, Charlotte, NC 28272-1083 |
| 41181406 | + | EDI: CAPITALONE.COM | Aug 31 2022 04:23:00 | Capital One Bank, Po Box 60519, City of Industry, CA 91716-0519 |
| 41181409 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 31 2022 00:31:33 | Credit One Bank, Po Box 60500, City of Industry, CA 91716-0500 |
| 41181408 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 31 2022 00:31:23 | Credit One Bank, Po Box 98873, Las Vegas, NV 89193-8873 |
| 41181417 | + | EDI: CITICORP.COM | Aug 31 2022 04:23:00 | Macys, Po Box 183084, Columbus, OH 43218 |
| 41181410 | + | EDI: DISCOVER.COM | Aug 31 2022 04:23:00 | Discover, Po Box 29013, Phoenix, AZ 85038-9013 |

| District/off: 0973-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 30, 2022 | Form ID: 318a | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| 41181411 | + | Email/Text: crdept@na.firstsource.com | | |
| | | | Aug 31 2022 00:26:00 | Firstsource Advantage Llc, Po Box 628, Buffalo, NY 14240-0628 |
| 41181412 | + | Email/Text: bk@freedomfinancialnetwork.com | | |
| | | | Aug 31 2022 00:25:00 | Freedom Financial, 4940 S Wendler Drive, Tempe, AZ 85282-6320 |
| 41215541 | | EDI: JEFFERSONCAP.COM | | |
| | | | Aug 31 2022 04:23:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 41181413 | | EDI: JEFFERSONCAP.COM | | |
| | | | Aug 31 2022 04:23:00 | Jefferson Capital Systems Llc, Po Box 7999, Saint Cloud, MN 56302 |
| 41181416 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 31 2022 00:31:25 | LVNV Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 41181418 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Aug 31 2022 00:31:24 | Merrick Bank, Po Box 30537, Tampa, FL 33630-3537 |
| 41181419 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Aug 31 2022 00:31:24 | Merrick Bank, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 41181420 | | Email/Text: bankruptcy@oportun.com | | |
| | | | Aug 31 2022 00:25:00 | Oportun, Customer Service Operations, Po Box 2063, Menlo Park, CA 94026 |
| 41181421 | + | EDI: LCIPHHMRGT | | |
| | | | Aug 31 2022 04:23:00 | PHH Mortagage Services, Po Box 5452, Mount Laurel, NJ 08054-5452 |
| 41181423 | | EDI: PRA.COM | | |
| | | | Aug 31 2022 04:23:00 | Portfolio Recovery Associates Llc, Po Box 12914, Norfolk, VA 23541 |
| 41181424 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 31 2022 00:31:24 | Resurgent Capital Services, Po Box 10587, Greenville, SC 29603-0587 |
| 41181426 | + | EDI: RMSC.COM | | |
| | | | Aug 31 2022 04:23:00 | Synchrony Bank / Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 41181427 | + | EDI: RMSC.COM | | |
| | | | Aug 31 2022 04:23:00 | Synchrony Bank / Home Design, Po Box 965061, Orlando, FL 32896-5061 |
| 41181428 | + | EDI: WTRRNBANK.COM | | |
| | | | Aug 31 2022 04:23:00 | Target Credit, Po Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2022             Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2022 at the address(es) listed below:**

**Name**         **Email Address**

Nancy J Zamora (TR)

zamora3@aol.com   nzamora@ecf.axosfs.com

Sydell B Connor

on behalf of Debtor Maribel Munoz wonderwomanwest2@gmail.com   martha4bkconnor@ymail.com

United States Trustee (SV)

ustpregion16.wh.ecf@usdoj.gov

Valerie Smith

on behalf of Interested Party Courtesy NEF claims@recoverycorp.com


TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Maribel Munoz** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–4728** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Central District of California** | | |
| Case number:  **1:22–bk–10592–VK** | | |

## Order of Discharge – Chapter 7                                                                                 12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Maribel Munoz
aka Maribel Munoz Garcia, aka Maribel Garcia

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 8/30/22

**Dated:** 8/30/22                                                                  **By the court:** Victoria S. Kaufman
                                                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**11/AUTU**
**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc               **Order of Chapter 7 Discharge**                     page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**